**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Cassandra Johnson, James Valentine, and Jhante Wilkins,
Defendants,

Of whom James Valentine is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001465

––––––––––––––

Appeal From Cherokee County
M. Todd Thigpen, Family Court Judge

––––––––––––––

Unpublished Opinion No. 2021-UP-352
Submitted September 10, 2021 – Filed October 7, 2021

––––––––––––––

**AFFIRMED**

––––––––––––––

Ellen H. Babb, of Babb Law Firm, of Charleston, for
Appellant.

Allyson Sue Rucker, of The Rucker Law Firm, LLC, of
Greenville, as the Guardian ad Litem for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Jonathan Drew Hammond, of Greenville, for the
Guardian ad Litem for the minor child.

———————

**PER CURIAM:** James Valentine appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Valentine's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.